1  JOSHUA J. POLLACK, SBN 215922
   PROSKAUER ROSE LLP
2  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
3  Telephone:    (310) 557-2900
   Facsimile:    (310) 557-2193
4  E-mail:  jpollack@proskauer.com

5  Attorneys for Defendants
   PEPSICO, INC. and THE PEPSI
6  BOTTLING GROUP, INC.

7

8               UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AMANDA LITSCHKE, on behalf of herself and all other similarly situated, | Case No. 2:07-cv-02100 (FCD/JFM) |
| Plaintiff, | **STIPULATION AND ORDER STAYING CASE PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| vs. | |
| PEPSICO, INC., THE PEPSI BOTTLING GROUP, INC., and PEPSI BOTTLING VENTURES LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendants Pepsico, Inc., The Pepsi Bottling Group, Inc., and Pepsi Bottling Ventures LLC, and the Plaintiff Amanda Litschke, on behalf of herself and all others similarly situated, that all proceedings in this matter are stayed pending a determination by the Judicial Panel on Multidistrict Litigation ("JPML") on the Motion To Consolidate and

///

///

///

5479/57936-015
Current/10270148

Transfer filed October 2, 2007 by defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc. with the JPML.

DATED: November 6, 2007

JOSHUA J. POLLACK
PROSKAUER ROSE LLP

By: /s/ Joshua J. Pollack, Esq.
      Joshua J. Pollack
Attorneys for Defendants
PEPSICO, INC., and THE PEPSI BOTTLING GROUP, INC.

DATED: November __, 2007

DONALD H. TUCKER, JR.
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

By: [See attached signature page]
      Donald H. Tucker, Jr.*
(*Pro Hac Vice application pending)
Attorneys for Defendant
PEPSI BOTTLING VENTURES LLC

DATED: November __, 2007

C. BROOKS CUTTER
KERSHAW, CUTTER & RATINOFF, LLP

NICHOLAS J. DRAKULICH
JENNINGS & DRAKULICH, LLP

By: [See attached signature page]
      C. Brooks Cutter
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED: November 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE